**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose TEPEZANO–AVILA,**
**Defendant–Appellant.**

**No. 05–50656**

**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jose Tepezano–Avila, Three Rivers, TX, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Jose Tepezano–Avila (Tepezano), federal prisoner # 85628–080, appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion, wherein he argued that Amendment 668 to the Sentencing Guidelines should be applied to the calculation of his offense level under U.S.S.G. § 2D1.1(a)(3).

Amendments to the Sentencing Guidelines may not be applied retroactively upon a motion under § 3582(c)(2) unless they are specifically set forth in U.S.S.G. § 1B1.10(c). *See* U.S.S.G. § 1B1.10(a), p.s. (Nov.2005). Amendment 668 is not listed in § 1B1.10(c) and therefore may not be applied retroactively under Tepezano's motion. *See United States v. Drath,* 89 F.3d 216, 218 (5th Cir.1996)(amendment not listed in § 1B1.10(c) "cannot be given retroactive effect in the context of a § 3582(c)(2) motion"). Accordingly, the district court did not abuse its discretion when it denied Tepezano's § 3582(c)(2) motion.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.